FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241

IN THE UNITED STATES DISTRICT COURT

FOR THE

Anthony Hilliard
Petitioner
Reg# 18518-051
P.O. Box 879 Federal Medical Center
Ayer, MA, 01432
(Full name under which you were convicted;
Prison Number; Full Mailing Address).

04-40170

VS.                                    CIVIL ACTION NO. _____

David L. Winn
Respondent(s)
Unit Manager Johnson
Lieutenant A. Colon
Jane Doe Director of Sex Offenders
(Name of Warden or other authorized person
having custody of Petitioner).

PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT. ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.

1. This petition concerns: (check appropriate blank)

_____ A conviction
_____ A sentence (**CAUTION:** If you are attacking a sentence imposed under a Federal Judgment, you must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the Judgment).
✓ Jail or prison conditions
_____ Prison discipline issue
_____ A parole problem
_____ Other. State briefly: _____

2. Place of detention: Federal Medical Center Devens Segregation

1

**HAVE YOU FILED PREVIOUS PETITIONS FOR HABEAS CORPUS MOTION UNDER TITLE 28 U.S.C. § 2255, OR ANY APPLICATIONS, PETITONS OR MOTIONS WITH RESPECT TO THIS CONVICTION?**

_____ Yes    __X__ No

3. If your answer is "yes," give the following information:

a. Name of the Court: N/A

b. Nature of proceeding: N/A

c. Grounds raised: N/A

d. Result: N/A

e. Date of result: N/A

f. Citation or number of any written opinion or order entered pursuant to each such disposition: N/A

4. If you did not file a motion under section 2255 of Title 28 U.S.C., or if you filed a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

N/A

5. Does counsel presently represent you? _____ Yes _____ No

If so, Name address and phone number of counsel: N/A

6. Name and location of court, which imposed sentence: N/A


7. Indictment or case number, if known: _____N/A_____

8. Offense or Offenses for which sentence was imposed: _____N/A_____

9. Date upon which sentence was imposed and the term of the sentence: _____N/A_____

10. When was a finding of guilt made? (Check one)

    _____ After a plea of guilty

    _____ After a plea of not guilty

    _____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:

    _____ A jury

    _____ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? _____ Yes _____ No

13. If you did appeal, give the following information for each appeal:

    a. Name of court: _____N/A_____

    b. Result: _____N/A_____

    c. Date of result: _____N/A_____

    d. Citation or number of opinion: _____N/A_____

    e. Grounds raised: (List each one) _____N/A_____

    _____
    _____
    _____
    _____
    _____

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

14. Summarize <u>briefly</u> the facts supporting each ground. If necessary attach a single page behind this page.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one: Retaliatory against for your discomfort to be housed in a special unit with sex offenders

Supporting Facts: (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts not <u>conclusions,</u> in support of your grounds. E.g., who did exactly what to violate your rights at what time or place).

After numerous of request to the unit manger Mrs Johnson, Lt Colon, and the Psych DR for sex offenders to be transfer from the Housing Unit-H or be transfer immediately to a more secure prison because of past experience where my immediate family whom was two years old, three years old, and two year old where sexually assaulted by someone.

b. Ground Two: After been interview by this parties I was placed in segregation for retaliation for (special psych review)

Supporting Facts: This behavior was a abuse of power, retaliatory tactis, prejudice for asking to be removed from this housing unit-H for sex offenders, after I have stroll discomfort to be house in this manner

Ground Three: Then I have been impended to move forward through numerous request form for relief, which I was threaten by Mrs F. Johnson.

Supporting Facts: On 5-19-2004. Mrs Johnson unit manager threaten the above petitioner with recourse by issuing an incident report if the petitioner fails to go back to the same housing-unit I was placed in segregation for on Aug 6, 2004. Due to my feeling about being housed with sex offenders

4

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

　　✓ Yes　　＿＿＿ No

(1) If your answer to "a" above is yes, what was the result? The chief team told me to deal with it. Everyone else that has authority. Unit team Director _____ to exhausted

(2) If your answer to "a" above is no, explain: _____

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

　　✓ Yes　　＿＿＿ No

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken: I was retaliatory against placed in segregation

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you.

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

I believe that I have been retaliated against due to the fact that I informed this parties of my discomfort. Then I was placed in segregation. The reason is that I have made this complaint is that I am not placed in a situation where my livelyhood is not placed in danger. That this problem could cause infuence of the orderly running of this instution and as well as other. This particular situation is having a psycology effect on me I do my prison term in peace.

**16. RELIEF:** state briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

That I be Transfer from this institution immediately, and that the defendant refrain from use of abuse, cruel and unusual punishment, retaliatory tactic's. Due to the fact they defendant "Know" I am a model inmate. I have been in prison for over 4 yrs. Never cause any problems in any institution I ever been in the bureau of prison.

Signed on this the __22__ day of __Aug__, 200_4_.

*Anthony Hilliard*
Signature of petitioner

I DECLARE (OR CERTIFY, VERIFY OR STATE) THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR INFORMATION AND BELIEF AND THAT ANY FALSE STATEMENTS MADE THEREIN ARE MADE SUBJECT TO THE PENALTIES OF APPLICABLE LAWS RELATING TO UNSWORN FALSIFICATIONS TO AUTHORITIES.

**Executed on:** __Aug 22__, 200_4_.

*Anthony Hilliard*
Signature of petitioner

6

BP-S308.052   ADMINISTRATIVE DETENTION ORDER   CDFRM
MAY 94

**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

EXHIBIT A

FMC DEVENS, MA 01432
Institution

TO       : Special Housing Unit Officer                    Date/Time: August 6, 2004 9:30AM

FROM     : A. COLON/LIEUTENANT                 , (Name/Title)   **04-40170**

SUBJECT : Placement of HILLIARD, ANTHONY (H-A)  , Reg No. 18518-051      , in Administrative Detention

_____ (a) Is pending a hearing for a violation of Bureau regulations;

_____ (b) Is pending investigation of a violation of Bureau regulations;

_____ (c) Is pending investigation or trial for a criminal act;

_____ (d) Is to be admitted to Administrative Detention

   _____ (1) Since the inmate has requested admission for protection;

   I hereby request placement in Administrative Detention for my own protection.

   Inmate Signature/Register No.: _____

   Staff Witness Printed Name Signature: _____

   _____ (2) Since a serious threat exists to individual's safety as perceived by staff, although person has not requested admission; referral of the necessary information will be forwarded to the UDC/DHO for appropriate hearing.

_____ (e) Is pending transfer or is in holdover status during transfer.

xxxxx (f) Is pending classification.(FOR PSYCH REVIEW)

_____ (g) Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution because*

YOU ARE BEING PLACED IN ADMINISTRATIVE DETENTION FOR PENDING SIS INVESTIGATION/THREATS

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The inmate received a copy of this Order on (date / time) 8-06-04 9:30AM

Staff Witness Signature/Printed Name M. DUPLESSIS/LIEUTENANT

*In the case of DHO action, reference to that order is sufficient. In other cases, the officer will make an independent review and decision, which is documented here.
Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy - Unit Manager; Copy - C Administrative Detention Unit; Copy - Central File

(This form may be replicated via WP)

Replaces BP-308(52) of JAN 88

**Sensitive Limited Official Use Only**