UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY HILLIARD,
               Petitioner,

                           CIVIL ACTION
      V.                      NO.  04-40170-PBS

DAVID L. WINN; UNIT MANAGER
JOHNSON; LIEUTENANT A. COLON;
and JANE DOE, Director of Sex Offenders
               Respondents.

SERVICE ORDER

Now before the Court is petitioner's self-prepared petition for a writ of habeas corpus under 28 U.S.C. § 2241. Accordingly, it is hereby

ORDERED that the Clerk of Court is to serve a copy of the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 upon (1) the office of the United States Attorney; (2) Warden David Winn, FMC Devens, P.O. Box 880, Ayer, MA 01432; (3) Unit Manager Johnson, FMC Devens, P.O. Box 880, Ayer, MA 01432; (4) Lieutenant A. Colon, FMC Devens, P.O. Box 880, Ayer, MA 01432; and (5) Jane Doe, Director of Sex Offenders, FMC Devens, P.O. Box 880, Ayer, MA 01432; and it is further

ORDERED that the Respondents shall, within 20 days of receipt of this Order, file an answer (or other responsive pleading) to the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.

SO ORDERED.

 9/7/04                                            /s/ Patti B. Saris
    Date                                        PATTI B. SARIS
                                               UNITED STATES DISTRICT JUDGE