```
   DEVBS                      PUBLIC INFORMATION              09-14-2004
PAGE 001      Case 4:04-cv-40170-PBS   Document 6-2   Filed 10/04/2004   Page 1 of 8
                              INMATE DATA                     15:12:59
                           AS OF 09-14-2004
```

```
REGNO..: 18518-051 NAME: HILLARD, ANTHONY
COMP NO: 010      ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS      RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 978-796-1000    FTS: N/A
                                           RACE/SEX...: BLACK / MALE
FBI NUMBER.: 217900V2                      DOB/AGE....: 04-15-1959 / 45
PROJ REL MT: GOOD CONDUCT TIME RELEASE     PAR ELIG DT: N/A
PROJ REL DT: 05-23-2012                    PAR HEAR DT:
------------------------- ADMIT/RELEASE HISTORY -------------------------
FCL   ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIME
DEV   A-DES      DESIGNATED, AT ASSIGNED FACIL 01-20-2004 1254 CURRENT
S41   RELEASE    RELEASED FROM IN-TRANSIT FACL 01-20-2004 1254 01-20-2004 1254
S41   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-20-2004 0655 01-20-2004 0655
BRO   HLD REMOVE HOLDOVER REMOVED         01-20-2004 0655 01-20-2004 0655
BRO   A-BOP HLD  HOLDOVER FOR INST TO INST TRF 01-13-2004 1427 01-20-2004 0655
B01   RELEASE    RELEASED FROM IN-TRANSIT FACL 01-13-2004 1427 01-13-2004 1427
B01   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-13-2004 0613 01-13-2004 1427
LEW   HLD REMOVE HOLDOVER REMOVED         01-13-2004 0613 01-13-2004 0613

G0002      MORE PAGES TO FOLLOW . . .
```

EXHIBIT

A

PENGAD-Bayonne, N. J.

Case 4:04-cv-40170-PBS   Document 6-2   Filed 10/04/2004   Page 2 of 8

```
REGNO..: 18518-051 NAME: HILLARD, ANTHONY
COMP NO: 010      ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS      RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                 PHONE..: 978-796-1000    FTS: N/A
LEW    A-BOP HLD   HOLDOVER FOR INST TO INST TRF   01-12-2004 1745 01-13-2004 0613
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL   01-12-2004 1745 01-12-2004 1745
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  01-12-2004 1100 01-12-2004 1745
SCH    TRANSFER    TRANSFER                        01-12-2004 1100 01-12-2004 1100
SCH    A-DES       DESIGNATED, AT ASSIGNED FACIL   11-10-2003 0915 01-12-2004 1100
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL   11-10-2003 0648 11-10-2003 0915
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  11-10-2003 0648 11-10-2003 0915
LEW    HLD REMOVE  HOLDOVER REMOVED                11-10-2003 0648 11-10-2003 0648
LEW    A-HLD       HOLDOVER, TEMPORARILY HOUSED    11-03-2003 1859 11-10-2003 0648
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL   11-03-2003 1859 11-03-2003 1859
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  11-03-2003 1150 11-03-2003 1859
ATL    HLD REMOVE  HOLDOVER REMOVED                11-03-2003 1150 11-03-2003 1150
ATL    A-BOP HLD   HOLDOVER FOR INST TO INST TRF   10-29-2003 1730 11-03-2003 1150


G0002       MORE PAGES TO FOLLOW . . .
```

REGNO..: 18518-051 NAME: HILLARD, ANTHONY
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000   FTS: N/A
PRE-RELEASE PREPARATION DATE: 11-23-2011


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-23-2012 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: NEW MEXICO
DOCKET NUMBER...................: 1:01CR00222-001LH
JUDGE...........................: HANSEN
DATE SENTENCED/PROBATION IMPOSED: 08-16-2001
DATE COMMITTED..................: 11-28-2001
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

G0002      MORE PAGES TO FOLLOW . . .

```
REGNO..: 18518-051 NAME: HILLARD, ANTHONY
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000   FTS: N/A


                FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.: $200.00        $00.00          $00.00         $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  381
OFF/CHG: POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS AND MORE OF
         COCAINE BASE - 21:841(B)(1)(A).

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   156 MONTHS


G0002      MORE PAGES TO FOLLOW . . .
```

REGNO..: 18518-051 NAME: HILLARD, ANTHONY
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000   FTS: N/A
 TERM OF SUPERVISION............: 5 YEARS
 DATE OF OFFENSE................: 01-25-2001

------------------------CURRENT OBLIGATION NO: 020 -------------------------
OFFENSE CODE....: 381
OFF/CHG: POSSESSION WITH INTENT TO DISTRIBUTE MORE THAN 500 GRAMS OF
         COCAINE - 21:841(B)(1)(B).

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.: 156 MONTHS
 TERM OF SUPERVISION............: 4 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONCURRENT TO 010


G0002      MORE PAGES TO FOLLOW . . .

REGNO..: 18518-051 NAME: HILLARD, ANTHONY
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000   FTS: N/A
   DATE OF OFFENSE................: 01-25-2001

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-06-2001 AT EST AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 08-16-2001
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   156 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    13 YEARS
AGGREGATED TERM OF SUPERVISION..:     5 YEARS

G0002      MORE PAGES TO FOLLOW . . .

Case 4:04-cv-40170-PBS    Document 6-2    Filed 10/04/2004    Page 7 of 8

PUBLIC INFORMATION
INMATE DATA
AS OF 09-14-2004

REGNO..: 18518-051 NAME: HILLARD, ANTHONY
COMP NO: 010      ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS      RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                 PHONE..: 978-796-1000    FTS: N/A
EARLIEST DATE OF OFFENSE........: 01-25-2001

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     01-25-2001     08-15-2001

TOTAL PRIOR CREDIT TIME.........: 203
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 611
TOTAL GCT EARNED................: 162
STATUTORY RELEASE DATE PROJECTED: 05-23-2012
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 01-24-2014


G0002      MORE PAGES TO FOLLOW . . .

Case 4:04-cv-40170-PBS    Document 6-2 Filed 10/04/2004    Page 8 of 8

REGNO..: 18518-051 NAME: HILLARD, ANTHONY
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000    FTS: N/A
PROJECTED SATISFACTION DATE.....: 05-23-2012
PROJECTED SATISFACTION METHOD...: GCT REL




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE