```
       REGNO: 18518-051    NAME: HILLARD, ANTHONY                        ORG: CEP
RC/SEX/AGE: B/M/45   FORM D/T: 10-25-2001/1159    RES: NEW YORK, NY 10034
OFFN/CHG..: PWID COCAINE BASE - 156 MO/5 YRS SRT
            1:01CR00222-001LH
CUSTODY...: IN           BIL:              CR HX PT: 12       CAR:
CITIZENSHP: UNITED STATES OF AMERICA   PUB SAFETY: SENT LGTH
CIM CONSID:                                                 USM: NM-ALBUQUERQUE
JUDGE.....: HANSEN      REC FACL: ATL OR NR GA   REC PROG: RDAP
DETAINER..: MODERATE    SEVERITY: MODERATE       MOS REL.: 122
PRIOR.....: SERIOUS     ESCAPES.: NONE           VIOLENCE: > 15 YRS SERIOUS
PRECOMMT..: N/A         V/S DATE:                V/S LOC.:
OMDT REF..: YES         SEC TOT.: 11             SCORED LEV: MEDIUM
CCM RMKS..: US CTZN. APPREH @TRAIN W/BKPK-HAD 994.6 GMS COCN & 464.4 COCN
            BASE & 40GMS MARIJ IN SHOES. PRIORS:CRIM POSS OF WPN,THFT,POSS
            STOLEN PROP,SALE/POSSCONT SUBX3 (10/89 ARST-KIKD/PNCHD OFCRS)
            PEND:SALE CONT SUB-PV. MED/MH:'81 BULLET LODGED. HX SUB AB. PC
DESIG: ESTILL FCI             SCR JAS 11-01-2001 RSN: LEVEL  MSL:
MGTV/MVED.:
DESIG RMKS: JUDICIAL RECOMMENDATIONS FOLLOWED FOR FACL NR GA. CLEARED BY
            MEDICAL DESIGNATIONS. REVFER FOR RDAP WHEN ELIGIBLE.

G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```


EXHIBIT C