Case 4:04-cv-40170-PBS   Document 6-5   Filed 10/04/2004   Page 1 of 1

```
                          (A) IDENTIFYING DATA
REG NO..: 18518-051           FORM DATE: 06-03-2004      ORG: DEV
NAME....: HILLARD, ANTHONY                               CR HX PT: 12
                              MGTV: NONE
PUB SFTY: NONE                MVED:
                          (B) BASE SCORING
DETAINER: (0) NONE            SEVERITY........: (3) MODERATE
MOS REL.: 95                  PRIOR...........: (3) SERIOUS
ESCAPES.: (0) NONE            VIOLENCE........: (2) > 15 YRS SERIOUS
PRECOMMT: (0) N/A
                          (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%   DRUG/ALC ABUSE.: (2) PAST 5 YRS
MENTAL STABILITY: (4) FAVORABLE TYPE DISCIP RPT: (3A) 1 MOD
FREQ DISCIP RPT.: (2) 1        RESPONSIBILITY.: (2) AVERAGE
FAMILY/COMMUN...: (4) GOOD

                    --- LEVEL AND CUSTODY SUMMARY ---
BASE  CUST  VARIANCE   SEC TOTAL   SCORED LEV  MGMT SEC LEVEL  CUSTODY  CONSIDER
 +8   +21      0          +8          LOW         N/A            IN      SAME


G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```



EXHIBIT D