** LIMITED OFFICIAL USE **

BRIEF COUNSELING SESSION

Date ........: August 5, 2004
Inmate ......: HILLIARD, ANTHONY                                    Unit: UNIT G
Reg. No .....: 18518-051

Author ......: RENAUD, CHERYL
Title .......: SOMP COORDINATOR
Institution : FMC DEVENS

---

Mr. Hilliard was seen at his request. He initially seemed quite agitated, complaining that he had recently been moved to H Unit, the "sex offender unit." He stated that there are children in his family who were sexually victimized, and he "hates" anyone who abuses children. He adamantly expressed that he does not want to be around sex offenders. He stated he fears he may at some point lose control, "go off on one of them," and end up doing something that may result in additional criminal charges. He was told that he had been misinformed; that although there is a SOMP at this institution, H Unit is not a housing unit for sex offenders (there are sex offenders housing in every unit of this institution). He was counseled on the importance of taking responsibility for his choices and his behavior. He stated he would prefer to spend a year in the Special Housing Unit than living in a sex offender unit. He denied he was going to harm anyone, as he was aware of the potential consequences to himself should he do so (i.e., incur criminal charges). He stated he was waiting to hear if his request to be moved to another housing unit (G Unit) would be honored next week. He advised that if it is not honored he will return to Psychology to inform them that he was going to harm someone. He stated he saw this as the best course of action to ensure he is removed from his current housing unit (by being placed in SHU), while not causing him to add time to his curent sentence. He informed this author that he was going to "calm down" for the weekend. By the end of the session, he appeared less agitated. He was considered not to pose an immediate threat to himself or others. This information was communicated to his Unit Team.--car



EXHIBIT E