U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center*

---

Correctional Services
P.O. Box 880
Devens, Massachusetts 01432

August 6, 2004

MEMORANDUM FOR THE RECORD

FROM: A. Colon, Lieutenant

SUBJECT: Inmate **Anthony Hillard**, Reg. No. 18518-051

On August 6, 2004, at approximately 9:30am, I ordered inmate Hillard be placed in Administrative Detention in the Special Housing Unit, pending an SIS investigation. Inmate Hillard approached me in the compound area of the Lieutenant's area earlier in the day and complained that he is not feeling good being housed in H-A unit because there is too many sexual offenders. Hillard stated that he wants to be placed back in G-A unit or if he can't, then he wouldn't care to be placed in the Special Housing unit, because he felt that he was going to snap and hurt any of the sexual offenders. To note, inmate Hillard approached me a week prior and complained about the same issues. I informed inmate Hillard that H-Unit was not the only unit that housed sexual offenders and he stated that his children were molested and he felt uncomfortable being around those types of inmates. I informed Hillard that he should talk to one of the psychology staff, and that I will check to see if he can be moved.

Inmate Hillard approached me on August 5th, outside of the dining hall and was loudly complaining that he doesn't want to be in H-Unit, that he feels that he is going to hurt someone. As noted, inmate Hillard approached me in the compound area and again told me that he didn't feel comfortable in H-Unit. I then had inmate Hillard placed in Special Housing unit.

---

*Sensitive Limited Official Use Only*


EXHIBIT E