BP-S308.052 **ADMINISTRA          ETENTION ORDER** CDFRM
MAY 94
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

---

FMC DEVENS, MA 01432
Institution

Date/Time: August 6, 2004 9:30AM

TO      : Special Housing Unit Officer

FROM    : A. COLON/LIEUTENANT                         , (Name/Title)

SUBJECT : Placement of HILLIARD, ANTHONY (H-A)   , Reg No. 18518-051      , in Administrative Detention

_____ (a)  Is pending a hearing for a violation of Bureau regulations;

_____ (b)  Is pending investigation of a violation of Bureau regulations;

_____ (c)  Is pending investigation or trial for a criminal act;

_____ (d)  Is to be admitted to Administrative Detention

        _____ (1)  Since the inmate has requested admission for protection;

        I hereby request placement in Administrative Detention for my own protection.

                Inmate Signature/Register No.: _____

                Staff Witness Printed Name Signature: _____

        _____ (2)  Since a serious threat exists to individual's safety as perceived by staff, although person has not
                requested admission; referral of the necessary information will be forwarded to the UDC/DHO for
                appropriate hearing.

_____ (e)  Is pending transfer or is in holdover status during transfer.

xxxxx   (f)  Is pending classification.(FOR PSYCH REVIEW)

_____ (g)  Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by
             the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued presence in the general

population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the

institution because*

YOU ARE BEING PLACED IN ADMINISTRATIVE DETENTION FOR PENDING SIS INVESTIGATION/THREATS

Therefore, the above named inmate is to be placed in Administrative Detention until further notice.  The inmate received a

copy of this Order on (date / time) 8-06-04/9:30AM

Staff Witness Signature/Printed Name M. DUPLESSIS/LIEUTENANT

*In the case of DHO action, reference to that order is sufficient.  In other cases, the officer will make an independent
review and decision, which is documented here.
Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy - Unit Manager; Copy - C
Administrative Detention Unit; Copy - Central File

(This form may be replicated via WP)                                            Replaces BP-308(52) of JAN 88

**EXHIBIT G**

Sensitive Limited Official Use Only