Case 4:04-cv-40170-PBS   Document 6-9   Filed 10/04/2004   Page 1 of 3

```
REG NO..: 18518-051   NAME....: HILLARD, ANTHONY
CATEGORY: QTR         FUNCTION: DIS       FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| DEV | H03-306U    | HOUSE H/RANGE 03/BED 306U    | 08-26-2004 0836 | CURRENT         |
| DEV | Z02-204LAD  | HOUSE Z/RANGE 02/BED 204L AD | 08-18-2004 2006 | 08-26-2004 0836 |
| DEV | Z02-204UAD  | HOUSE Z/RANGE 02/BED 204U AD | 08-06-2004 0927 | 08-18-2004 2006 |
| DEV | H01-112U    | HOUSE H/RANGE 01/BED 112U    | 07-28-2004 0715 | 08-06-2004 0927 |
| DEV | H01-112L    | HOUSE H/RANGE 01/BED 112L    | 07-28-2004 0715 | 07-28-2004 0715 |
| DEV | G02-228U    | HOUSE G/RANGE 02/BED 228U    | 06-20-2004 1408 | 07-28-2004 0715 |
| DEV | G02-205U    | HOUSE G/RANGE 02/BED 205U    | 06-03-2004 0802 | 06-20-2004 1408 |
| DEV | Z02-208UAD  | HOUSE Z/RANGE 02/BED 208U AD | 05-31-2004 2245 | 06-03-2004 0802 |
| DEV | Z02-205UAD  | HOUSE Z/RANGE 02/BED 205U AD | 05-31-2004 2243 | 05-31-2004 2245 |
| DEV | G02-228U    | HOUSE G/RANGE 02/BED 228U    | 01-20-2004 1657 | 05-31-2004 2243 |
| DEV | R01-001L    | HOUSE R/RANGE 01/BED 001L    | 01-20-2004 1254 | 01-20-2004 1657 |
| BRO | K03-813U    | HOUSE K/RANGE 03/BED 813U    | 01-14-2004 1618 | 01-20-2004 0655 |
| BRO | K03-813L    | HOUSE K/RANGE 03/BED 813L    | 01-14-2004 1421 | 01-14-2004 1618 |
| BRO | K08-807U    | HOUSE K/RANGE 08/BED 807U    | 01-13-2004 1724 | 01-14-2004 1421 |

```
G0002         MORE PAGES TO FOLLOW . . .
```



EXHIBIT H

```
REG NO..: 18518-051   NAME....: HILLARD, ANTHONY
CATEGORY: QTR         FUNCTION: DIS           FORMAT:

FCL   ASSIGNMENT  DESCRIPTION                        START DATE/TIME   STOP  DATE/TIME
BRO   R02-001L    HOUSE R/RANGE 02/BED 001L          01-13-2004 1427   01-13-2004 1724
LEW   M03-101L    HOUSE M/RANGE 03/BED 101L          01-12-2004 2223   01-13-2004 0613
LEW   R01-001L    HOUSE R/RANGE 01/BED 001L          01-12-2004 1745   01-12-2004 2223
SCH   C07-217U    HOUSE C/RANGE 07/BED 217U          12-04-2003 1644   01-12-2004 1100
SCH   C09-002U    HOUSE C/RANGE 09/BED 002U          11-10-2003 1659   12-04-2003 1644
SCH   C07-227U    HOUSE C/RANGE 07/BED 227U          11-10-2003 0915   11-10-2003 1659
LEW   M03-101L    HOUSE M/RANGE 03/BED 101L          11-03-2003 2101   11-10-2003 0648
LEW   R01-001L    HOUSE R/RANGE 01/BED 001L          11-03-2003 1859   11-03-2003 2101
ATL   J03-305L    HOUSE J/RANGE 03/BED 305L          10-29-2003 2021   11-03-2003 1150
ATL   R01-001L    HOUSE R/RANGE 01/BED 001L          10-29-2003 1730   10-29-2003 2021
EST   B04-408U    HOUSE B/RANGE 04/BED 408U          07-10-2002 1019   10-29-2003 1015
EST   B03-311L    HOUSE B/RANGE 03/BED 311L          11-28-2001 1617   07-10-2002 1019
EST   B20-002L    HOUSE B/RANGE 20/BED 002L          11-28-2001 1028   11-28-2001 1617
ATL   J04-425U    HOUSE J/RANGE 04/BED 425U          11-26-2001 2015   11-28-2001 0612


G0002       MORE PAGES TO FOLLOW . . .
```

```
 REG NO..: 18518-051 NAME....: HILLARD, ANTHONY
 CATEGORY: QTR         FUNCTION: DIS         FORMAT:

FCL   ASSIGNMENT  DESCRIPTION                    START DATE/TIME  STOP  DATE/TIME
ATL   R01-001L    HOUSE R/RANGE 01/BED 001L      11-26-2001 1735  11-26-2001 2015
OKL   E03-501U    HOUSE E/RANGE 03/BED 501U      11-21-2001 0926  11-26-2001 0916
OKL   C11-329U    HOUSE C/RANGE 11/BED 329U      11-09-2001 1815  11-21-2001 0926




G0005           TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```