**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Hillard,

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: HILLARD ANTHONY   18518-051   SHU-H   FMC Devens
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST** This a formality due to the fact I received an unsatified response on my BP-8½ for MRS Johnson early this month. I believe that I am being treated with extreme preguclice, bias, retaliation tactics due to numerous complaint about my discomfort my family endure from a sex offender which had a great impact on my newphew and necie's whom was two years old, three year old, and four years old. This was an unfair practice by SIS Colon, MRS Jotinson and the psych DR for sex offenders due to the fact I want to moved or transfer to another Institution.

Aug 24, 2004
DATE

Anthony Hillard
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

[Stamp: RECEIVED SEP - 3 2004 FMC DEVENS WARDEN'S OFFICE]

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 351981-F1

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL

EXHIBIT I

_____ | _____
UNIT | INSTITUTION

SUBJECT:

TOTAL P.02

FEDERAL MEDICAL CENTER, DEVENS, MASSACHUSETTS
RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #351981-F1

This is in response to your Request for Administrative Remedy in which you request to be transferred to another institution due to your family's past experience with a sex offender.

Investigation of your request revealed the following: You were transferred from FCI Schuylkill to FMC Devens on January 20, 2004, because your security level was reduced from medium to low. Bureau of Prisons Program Statement 5100.07, <u>Security Designation and Custody Classification Manual</u>, indicates that inmates can be transferred to other institutions based on security criteria, inmate program needs, and other correctional administrative factors. Program Statement 5100.07, further indicates that inmates should be placed in an appropriate facility "normally within 500 miles of the inmate's release residence." Records indicate that FMC Devens is approximately 168 miles from your residence.

Although there are sexual offenders housed at this institution, there are numerous other offenders housed here with various criminal histories. Please be aware that Psychology Services is available to provide both individual and group counseling to you or any inmate who may be having difficulty coping with past family issues relating to a sex offender crime.

Based upon the above facts, your Request for Administrative Remedy is denied.

If you are not satisfied with this decision, you may appeal to the Regional Director at Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 7th Floor, 2nd and Chestnut Streets, Philadelphia, Pennsylvania 19106. Your appeal must be received in the Northeast Regional Office within 20 days of the date of this response.

_____  
David L. Winn, Warden

9/24/4  
Date