```
       FUNCTION: LST SCOPE: REG    EQ 18518-051    OUTPUT FORMAT: SAN
--------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____    THRU _____      DT STS: FROM _____   THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS:  ___ ___  ___ ___  ___ ___  ___ ___  ___ ___  ___ ___
SUBJECTS:  ___ ___  ___ ___  ___ ___  ___ ___  ___ ___  ___ ___
EXTENDED: _  REMEDY LEVEL: __           RECEIPT: ___   "OR" EXTENSION: ___
RCV  OFC : EQ ___  ___  ___  ___  ___  ___
TRACK:  DEPT: ___  ___  ___  ___  ___  ___
        PERSON: ___  ___  ___  ___  ___  ___
        TYPE:   _   _   _   _   _   _
EVNT FACL: EQ ___  ___  ___  ___  ___  ___
RCV FACL.: EQ ___  ___  ___  ___  ___  ___
RCV UN/LC: EQ ___  ___  ___  ___  ___  ___
RCV QTR..: EQ ___  ___  ___  ___  ___  ___
ORIG FACL: EQ ___  ___  ___  ___  ___  ___
ORG UN/LC: EQ ___  ___  ___  ___  ___  ___
ORIG QTR.: EQ ___  ___  ___  ___  ___  ___


G0002        MORE PAGES TO FOLLOW . . .
```


EXHIBIT J

Case 4:04-cv-40170-PBS   Document 6-11   Filed 10/04/2004   Page 2 of 2

```
  REMEDY-ID     SUBJ1/SUBJ2     --------------------ABSTRACT----------------------
                RCV-OFC     RCV-FACL     DATE-RCV          STATUS      STATUS-DATE

  258397-F1     34ZM/       DELAY IN RECEIVING 8 1/2 FROM UNIT STAFF
                EST         EST          01-22-2002        REJ         01-22-2002

  265789-F1     15BM/       PROGRAMS FOR THE MUSLIM COMMUNITY
                EST         EST          04-22-2002        CLD         05-06-2002

  314433-R1     34ZM/       COMPLAINT AGAINST WARDEN'S MEMO
                SER         EST          10-22-2003        REJ         10-23-2003

  341379-F1     12ZM/26ZM
                DEV         DEV          06-23-2004        REJ         07-08-2004

  351981-F1     10ZM/       REQ. TO BE TRANSFERRED/DOESN'T LIKE SEX OFFENDERS
                DEV         DEV          09-03-2004        CLD         09-24-2004



                     5 REMEDY SUBMISSION(S) SELECTED
  G0000         TRANSACTION SUCCESSFULLY COMPLETED
```