EMS-409.051 REQUEST FOR TRANSFER/APPLICATION OF MANAGEMENT VARIABLE CDFRM
AUG 99

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| From: John Nash, Warden | Facility: FCI Schuylkill, PA | Date: 12-16-2003 |
|---|---|---|
| Inmate's Name: HILLARD, Anthony | | Register No.: 18518-051 |
| To: M. E. Ray, Regional Director | | Attn: E.L. Tatum, Jr., Designations Administrator |

XX  Transfer to: FCI Fort Dix, NJ   (Code 308)

___  Apply Management Variable(s) _____

___  Update Management Variable Expiration Date.  (New Date): _____

1. Inmate's Medical Status: Regular Duty with restrictions for no sports/weight lifting, no excessive cold/wind, and no work in food service.

2. Institution Adjustment: Inmate Hillard arrived at FCI Schuylkill on November 10, 2003. He was designated at FCI Estill prior to this institution. Due to the short period of time at this institution, we are not able to accurately assess his adjustment.

   Sentry Discrepancies: The sentence length public safety factor was removed from the BP-338. The detainer was removed from the BP-338. Inmate Hillard has no current detainers. Staff at FCI Estill received written notice that the detainer from the District Attorney, New York City, was lifted in 2002.

                              DISCIPLINARY RECORD

3. None

4. Rationale for Referral: Inmate Hillard arrived at FCI Schuylkill on November 10, 2003, via nearer release transfer from FCI Estill. His BP-338 was inaccurately scored prior to this transfer. As reflected above, the detainer from New York City was lifted in 2002. A three point detainer was still scored on his BP-338. When he appeared for his initial team at FCI Schuylkill on December 3, 2003, the BP-338 was re-scored to remove the detainer points. The result was a decrease from Medium, to Low security. Inmate Hillard requested a lesser security transfer to FCI Fort Dix. He has family members that reside in the New York City area.

| 5a. Parole Hearing Scheduled: ___ Yes XX No | b. If yes, when _____ |
|---|---|

6. Note any past or present behavior and/or management/inmate concerns: None noted.

Staff have checked the following SENTRY Programs to ensure that they are correct and current:

   Inmate Profile                          CIM Clearance and Separatee Data
   Inmate Load Data                        Custody Classification Form
   Sentence Computation                    Chronological Disciplinary Record

| Prepared by: Joe Gudonis, Case Manager | Unit Manager: L.J. Edwards |
|---|---|

If the transfer is approved, a Progress Report will be completed prior to transfer.
*For Marcel Cuban Detainees - Staff have entered the CMA Assignment of "C.P. RV DT" to indicate the need for a Cuban Review Panel Hearing four months from his/her Roll-Over Date.
(This form may be replicated via WP)


EXHIBIT K