# United States District Court
# District of Massachusetts

ANTHONY HILLIARD,
       Petitioner,

V.                                 CIVIL ACTION NO. 2004-40170-PBS

DAVID L. WINN,
       Respondent.

## *PROCEDURAL ORDER*

COLLINGS, U.S.M.J.

    The petitioner shall file and serve a reply brief in response to the Government's Response to Petition for Writ of Habeas Corpus (#5) *on or before the close of business on Monday, November 29, 2004.*

                                      */s/ Robert B. Collings*
                                      ROBERT B. COLLINGS
October 18, 2004.              United States Magistrate Judge