IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY HILLIARD, | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) CASE NO.:  04-40170-PBS |
| | ) |
| DAVID L. WINN, | ) |
| | ) **DEFENDANT'S MOTION FOR** |
|     Respondent. | ) **EXTENSION OF TIME** |
| | ) |

    Defendant David L. Winn, as he is the Warden, FMC Devens, hereby moves for an fourteen-day extension of time, **until and including November 19, 2004**, to respond to the allegations contained in petitioner's "Motion in Opposition to Government's Response and Request for Sanctions".  Due to the unusual press of business, coupled with a long-planned absence from the office, the undersigned has been unable to devote the necessary time to fully and accurately respond this motion for sanctions.

WHEREFORE defendant asks that this motion be granted and that he be given until and including November 19, 2004, to respond to the request for sanctions.

Respectfully submitted,

By his attorney,

MICHAEL J. SULLIVAN
United States Attorney

　/s/Barbara Healy Smith
By:　Barbara Healy Smith
　　　Assistant U.S. Attorney
　　　John Joseph Moakley U.S. Courthouse
　　　1 Courthouse Way, Suite 9200
　　　Boston, MA 02210
　　　(617) 748-3263

Dated: November 5, 2004

| CERTIFICATE OF SERVICE | CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2) |
|---|---|
| I certify that on November 5, 2004, I caused a copy of the foregoing to be served by first class mail, postage pre-paid, to:<br>　　Anthony Hilliard<br>　　Reg #: 18518 051<br>　　FMC Devens<br>　　P.O. Box 879<br>　　Ayer, MA 01432<br><br>　/s/ Barbara Healy Smith<br>Barbara Healy Smith<br>Assistant U.S. Attorney | Pursuant to Local Rule 7.1(a)(2), the undersigned counsel requests waiver of L.R. 7.1(a)(2) as petitioner is incarcerated at FMC Devens and is acting *pro se*.<br><br>　/s/ Barbara Healy Smith<br>Barbara Healy Smith<br>Assistant U.S. Attorney |