IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY HILLARD
PETITIONER

VS

CASE NO: 04-40170-PBS

DAVID L. WINN

## MOTION IN SUPPORT OF PETITIONER
## ALREADY PENDING 28 U.S.C 2241

The petitioner, Anthony Hillard, acting pro-se, respectfully request the honorable court to include these following development to his pending issue; due to the fact these are new current development;

The petitioner present this following now issues as they occur:

The following issue took place in the recurrent of Retaliation Tactics, Abuse of Postion, Cruel and unusual punishment, and Harrasment for the petitioner going through his due process of going through the requirement of Administrative Remedy. AND COURT.

1. "The respondent has demonstrated once again that they would not stop at nothing but

(1)

Larras petitioner. The reason been prior to petitioner filing his opposition to the Respondent brief. The petitioner was threaten by LT Colon that he was going to get me, but at the time petitioner didn't understand what this threaten mean, until the Petitioner was again placed under a frivolous investigation on Dec 16, 2004 for no apparent reason. Petitioner is a model inmate, and has never cause any problem in the federal prison before. After petitioner was placed in the administration detention pending, according to there own policy 28 CFR 541.22. Inmate place in the administrative detention pending investigation must receive a detention oreder within 24 hrs, has for now the petitioner has yet to receive one, or why? He is in segregation for. Petitioner know without his pending 2241 motion, this matter would have been worse. Petitioner knows without a doubt this a clear class of retaliatory tactics by LT Colon whom made not even a month before petitioner was placed in segregation on another frivolous retaliation investigation. The petitioner has been treated with hostily, and clearly abuse due to the fact every given time the petitioner is keep been placed in segregation for nothing. This is not what Congress intend when the 28 CFR policy statement was implemented is to

(2)

1) History of Escape or Attempts was wrongly scored (3) points must be removed due to the fact the must be a finding of guilt.

2) The point (2) for History of violence must also be removed due to the fact no prior violent history finding of guilt in the any courts or prisons. Therefore No history of violence

3) Should be (4) points for (Family/Community) due to the fact excellence corresponding with family members.

4) Should be (4) points for Responsibility after 6 month in Next prison due fine paid and also program

(5) In June Type of disciplinary point should be (5) points.

(6) Frequency of Disciplinary report should be (3) points also in june

cause behavioral problem. Which the petitioner is not. This is a clear retaliation by LT Colon to keep using investigation has a shield to harras petitioner for filing his pending 28 U.S.C. 2241.

2) The second issue at hand here that respondents David L Winn has yet to stop other staff member from retaliation, respondent unit manager Janice Johnson, who has also stop at nothing but abuse her postion and retaliation in a form that consist of abuse. The petitioner would like the court to referral to the Goverment Response Brief (Exhibit K and Exhibit D) which will clearly show petitioner was sent from a high security prison Sckuylkill, PA, due to the fact the petitioner was a low security prisoner and was subsequently sent here to FMC Devens. When petitioner complained in a form of request form. Why? His medical psycology profile was release to the court without petitioner consent on Dec 16, 2004. The Respondents decide. We just gone lock petitioner down in segregation under another frivilous investigation. The very next day the petitioner receive his response to his answer on why his custody was raised on prior cases that was dismiss so on Dec 17, 2004, while petitioner was already in segregation. The Petitioner security level was raised from the original total (8) points

(3)

TO (13) POINTS, WHEN IN FACT PETITIONER SECURITY LEVEL SHOULD BE AT (6 POINTS). WHAT THE RESPONDENT DID WAS, ALLOW MRS JANICE JOHNSON ON DEC 1st, 2004 TO TAKE THE LAW INTO HER HAND BY MANIPULATING THE PETITIONER SECURITY LEVEL WHICH IS A CLEAR VIOLATION OF THE LAW AND AS WELL AS BUREAU OF PRISON CUSTODY CLASSIFICATION 5100.07. MR JOHNSON RAISED PETITIONER SECURITY LEVEL WITH A CASE THAT WERE DISMISS OF WHICH WAS A VIOLATION OF PROBATION WHICH PETITIONER WAS DISCHARGED OFF, MRS JOHNSON DECIDE TO SCORE ME OF HAVING BEEN HAD A ESCAPE PRIOR TO THIS INSTANT CASE. WHICH RESULTED (3) POINTS ADD TO PETITIONER BASE SCORE. WHEN THE PROGRAM STATEMENT CLEARLY STATE THAT BEFORE SCORING AN INMATE FOR PRIOR ESCAPE THERE MUST BE A RECORD OF A GUILTY FINDING OF THE ESCAPES. SHE CLEARLY DISREGARD THIS BOLD WRITTING PROVISION IN 5100.07. TO SCORE PETITIONER. THEN, SHE MOVE FORWARD TO CHANGE MY RESPONSIBILITY TO (0) POINTS, WHEN IN FACT ALL I DO IS PROGRAMS, GOING TO SCHOOL, PAID COURT FINE, WHEN IN FACT THAT SHOULD BE (2) POINT FOR GOOD BEHAVIOR. MR JOHNSON, EXPLAINATION OF GIVEN PETITIONER (0) POINT FOR RESPONSIBILITY IS BECAUSE PETITIONER DON'T GET ALONG WITH STAFF FOR FILING PAPER WORK TO GO ABOUT DOING THE ADMINISTRATIVE REMEDY TO GET TRANSFER FROM A DISCOMFORT ENVIROMENT OF SEX OFFENDER'S, ANOTHER EXPLAIN IS THAT PETITIONER DON'T GET ALONG WITH HIS PEEP'S. THAT PETITIONER ARGUE IS THAT SHOULD'NT BE A BASE FOR REDUCTION

(4)

(2) point to (0) point for Responsibility. Due to Petitioner family history of sexual abuse his immediate family endure. This had a psychology effect on him and as well as his family. Therefore Mrs Johnson decide that since Petitioner don't speak or interact with sex offender's on this compound the Petitioner should be punished. By instead given a total of (3) point for good behavior Mrs Johnson took those point. And instead of not placing a (3) point for an escape that never happened she added too. The Petitioner just would like to point out the Aggressive Retaliation on display in this institution, abuse, cruel and unusual punishment the Petitioner is suffering in the hands of Respondents. Mr Johnson and as well as Respondent has made it a revenge campaign against the Petitioner for filing the almight pending 2241 in the Honorable Court. Her action not only show retaliation, but abuse of position, which I fear for my safety, due to the fact that by raising my security level from going on to a out custody to High security level under false pretense place Petitioner life in danger, which leave Petitioner open of something happening to him at a High security, when he wasn't suppose to be there in the first place. This abuse is clear has day. The Petitioner shouldn't

(5)

BE IN A HIGH SECURITY, BUT A LOW-OUT SECURITY, DUE TO THE FACT THE PETITIONER IS A MODEL INMATE OR HAS A VIOLENT CRIME. MRS JOHNSON BEHAVIOR NOW IS PLACING PETITIONER WELL BEING IN JEOPARDY BY TRYING TO SEND PETITIONER TO HIGH SECURITY, WHICH COULD BE IN HARM WAY AND COULD POSSIBLE GET HURT. WHICH WOULD MAKE MRS JOHNSON LIABLE IN THE EVENT ANYTHING HAPPEN AND AS WELL AS ALL RESPONDENT WHOM IS AWARE OF HER BEHAVIOR, BUT INSTEAD TURN "BLIND-EYE" TO HER BEHAVIOR.

Therefore, for the going reason the court should and the petitioner request that the honorable court grant his motion. Issue an injunction to the Respondent to refrain abuse, retaliation tactics, Abuse of Postion, THAT THE RESPONDENT MRS JOHNSON RETURN THE PETITIONER SECURITY LEVEL TO THE ORIGINAL LEVEL, LT COLON REFRAIN FROM KEEPING USING SEGREGATION PLACEMENT OF PETITIONER HAS A SHIELD UNDER BUREAU OF PRISON 28 CFR WHICH WILL ONLY AMOUNT TO ABUSE ON RESPONDENT BEHALF

JAN 1 2005

RESPECTFULLY SUBMITTED

*Anthony Hilliard*

(6)

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS - Phone (913) 682-8700 ext. 465

Rec'd 12/16/04

BP-S148.055   **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Ann Zgrodnik / Legal Services | DATE: 10/8/2004 |
|---|---|
| FROM: A. Hilliard | REGISTER NO.: 18518-051 |
| WORK ASSIGNMENT: C.C.S. | UNIT: H-B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am requesting you to state the reason I released confidential psychology services records on me, to the Federal Court, in your 9/28/004 court declaration in case 04-40170-PSS.

(Do not write below this line)

DISPOSITION: