Case Number: 4:04-cv-40170

Hilliard
  V.
Winn et al

FILED
IN CLERKS OFFICE
2005 FEB 24 P 2:03
U.S. DISTRICT COURT
DISTRICT OF MASS

Dear Honorable Judge Patti Saris, I do not understand what got Denied. Was it my [...] the Complaint?

And I ask your Honorable Judge to please give me more time to Reply. Because I'm in the Detention Unit waiting to be moved out of F[...] Devens. And I do not have my paper work or the law books I need.

Thank You
Sincerely

Anthony Hilliard

Date Feb 21-05
6:30PM