9/5/05

TO: Clerk, U.S. District Court
1 Courthouse Way, Suite 2300
Office of the Clerk
Boston, MA 02210

CA 04-40170 PBS

From: Anthony Hilliard #18515-051
F.C.I. Ray Brook
P.O. Box 9006
Ray Brook, New york 12977

Ref: Notice of Concern and Change of Address.

Dear Clerk,

Please be advised that, I Petitioner Hilliard have been Transferred from F.M.C. Devens, in Devens, Mass., to F.C.I. Ray Brook in Ray Brook, New york.

Petitioner Hilliard, Also request for an extension of time to File response to government opposition, because of matter beyond Petitioner control i.e. being transferred, having a medical procedure performed and the Ray Brook prison was lock down for two weeks, And I have a operate my Neck on 8-2-05

Please grant Petition Request and document Change of address.

Date 9-5-05    Respectfully Submitted,
                Anthony Hilliard 18515-051