UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anthony Hilliard,  )
    Petitioner,  )
               )    PETITIONER'S RESPONSE TO REPORT AND
               )    RECOMMENDATION ON RESPONDENT'S
               )    RESPONSE TO PETITION FOR WRIT OF
v.            )    HABEAS CORPUS.
               )
               )
David L. Winn,  )
    Respondent.  )

**NOW COMES**, the Petitioner, Anthony Hilliard, proceeding Pro se in the above-captioned matter and respectfully moves this Honorable Court to Respond to the recommendation issued by this Court on August 1, 2005.

As reasons therefore, the Petitioner has briefly touched upon violations committed by the Bureau Of Prisons while the Petitioner was trying to exercise his administrative remedy and redress of grievence.

Respectfully Submitted

Anthony Hilliard, Pro se

DATED: 9/23/05

## Discussion

This action stems from the Petitioner being placed in an institution which housed individuals convicted of certain sexual offender offenses. Petitioner Hilliard had attempted to exercise his administrative Remedy Rights and attempted request a transfer to another institution due to the fact that Petitioner Hilliard has immediate family member's who had fallen victim to sexual abuse.

Petitioner Hilliard had been placed in FMC Devens in Massachusetts. Contained within FMC Devens is H-Unit. H-Unit was designated THE sexual Offender Unit and individuals housed in that Unit were participants in the **S.O.M.P.** program.

Petitioner asserts that by being placed in this Unit he was subject to certain abuses such as having to endure the prsesnce of sexual offenders while family members of his own were victims of these particular individuals.

Petitioner Hilliards continued housing in this Unit was considered "cruel and unusual punishment". The Petitioner followed protocol and addressed this matter to Ms. Johnson, (Who was the Unit Manager in H-Unit) When the Petitioner requested a response from Ms. Johnson, he was told [verbatum] "mind your business and do your time". After receiving this unfavorable response the Petitioner addressed the matter to S.I.S. Lt. Colon. Upon discussing the matter with Lt. Colon, Petitioner Hilliard expressed his standing as far as sex offender's are concerned and Lt. Colon stated that "These people [sex offenders] will be protected at Any cost, and

(1)

that I had better not harm or harass any one of them or I would be prosecuted to the full extent of the law."

After Lt. Colon's hostile reply, the Petitioner returned to his Unit. Several days later, the Petitioner [Hilliard] was trnasfered to the Special Housing Unit ["SHU"] where he remained for 20 days. While the Petitioner was serving his time in "SHU" [approximately 10 days into his stay] Ms. Johnson, H-Unit Manager, came to see the Petitioner in Segregation and he [Hilliard] had requested an administrative remedy form and Ms. Johnson denied me the form. Shortly after Ms. Johnson came to my cell, the Warden [Winn] came to the cell and was speaking to me. he had asked who my Unit Manager was, and I told him. I had also explained to him that I was denied the administrative remedy form. He finally contacted the Unit Manager and Ordered her to give me the form. Again, she refused to provide me with the necessary form. A couple of days later I informed the Associate Warden c Ms. Shultz, of the situation and she made Johnson finally provide me with the form, but by that time, I had already filed with this court as I seen this situation erupting into an emergency situation and I did not want to be time barred due to the malicious and capricious delay caused by the FMC Devens Staff.

Also, while I was in SHU the Unit manager had manipulated my points (Security Custody Points) so that my level was raised from a LOW Custody to MEDIUM Custody so that I could be shipped from FMC Devens to F.C.I. Ray Brook. I should

(2)

have been placed at Ft. Dix (a LOW security facility), but due to the manipulation of the security point system I am now at Ray Brook. This is another miscarriage of justice and cruel punishment that I am enduring.

The Staff at FMC continued to lie to deceive me the entire time that I was housed at FMC Devens. The fact that FMC Devens Staffed continued to lie, even to this Honorable Court demonstraits the maliciousness and disregard for an individuals saftey and security. Had the Petitioner been a "Gang Member" in such an environment, and they had made the exact request, they definately would have been moved due to the reputation that preceeds such individuals. The Petitioner, on the other hand tried to exercise the proper routes and necessary chain of command to properly address this matter and had been constantly lied to, manipulated, punished and treated in a fashion that can only constitute Cruel and unusual punishment.

This Petitioner's prison conditions have gone from bad to worse at no fault of his. The Petitioner did not ask to be shipped to FMC Devens. The petitioner finds it unbelieveable that the region, when designating him, overlooked the fact that the had been sexual abuse in the Petitioner's family, in the past. The region is suppose to THOUROUGHLY review all Psychological backgrounds of each and every inmate before he or she is placed in transit. What the region and the Bureau of prisons has untimately done was place the Petitioner in a proverbial "Hornet's Nest". The Petitioner has been subjecte

(3)

unusual environments which have mentally "scarred" the Petitioner and brought him back to the worst times of his life, when he was merely trying to serve his sentence and return to his loved ones.

This petitioner has been the victim of verbal abuse from FMC Devens Staff (i.e. Nigger) and also by Ray Brook Staff (Petitioner has a BP-9 pending on verbal abuse) The Petitioner is being denied to information that should be available to him and is available to other inmates on this compound. The Petitioner has been transfered without a progress report. this goes against all Bureau of Prisons policy and subjicated the Petitioner to harsher conditions while in transit and when he arrived here at F.C.I. Ray Brook. [Individuals who arrive at a prison without a progress report, must be placed in segregation until a review by staff which can take as long as staff feels necessary] The Petitioner lives in fear as he is constantly given "dirty looks" by staff and is victimized on a daily basis by the comments that staff makes to him when moving from place to place within the compound.

On the 14th Of September the Petitioner went to Unit Team and was told that he has a Management Variable. The Petitioner is confused by this as he started with LOW security points and now this variable is just another retaliation method used by BOP staff. He has also been threated with being moved to maximum security [penitentiary].

(4)

## **CONCLUSION**

In conclusion, the Petitioner is requesting that he be placed in the proper institution that co-incides with his security points. Not the manipulated points, the real security points. The only remedy for this petitioner is to be brought before this Honorable Court so that this issue can be properly processed before the court, so that the BOP cannot hide behind their retaliative methods and punitive sanctions. This Petitioner suffers on a daily basis and this Petitioner is not talking about the discomforts of daily prison life either. The Bureau Of Prisons is a virtual torture chamber when you do not bow to their every punishment and degrading methods. This petitioner requests that this Honorable court Order the United States Marshalls to remove this petitioner from this Institution and bring me before this Honorable Court so that this Cruel and Unusual punishment can end and so that the Bureau Of Prisons will cease this treatment of the Petitioner.

Respectfully Submitted,

Anthony Hilliard, pro se
Fed.Reg.No. 18518-051
Federal Corr. Inst. Ray Brook
Post Office Box 9006
Ray Brook, New York 12977

DATED:_____

## CERTIFICATE OF SERVICE

I, Anthony Hilliard, do hereby certify that I have served a true copy of the aformentioned documents to the following offices:

United States District Court
District Of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210
To the Office Of Magistrate Collings

David L. Winn, Warden
FMC Devens

_____

_____

The Honorable Hillary Clinton

_____

_____

_____

this document has been forwarded via first-class pre-paid postage on this 9/23/05 Day Of 2005_____, 2005.

                                                      *Anthony Hilliard*
                                                     Anthony Hilliard