EMS-409.051 REQUEST FOR TRANSFER/APPLICATION OF MANAGEMENT VARIABLE CDFRM
DEC 99
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| From: David L. Winn, Warden | Facility: FMC Devens, MA | Date: January 26, 2005 |
|---|---|---|
| Inmate's Name: HILLARD, Anthony | | Register No.: 18518-051 |
| To: D. Scott Dodrill, Regional Director | | ATTN: E.L. Tatum, Jr., Regional Designator |

_X_ Transfer to: Any appropriate Medium Security Level Facility - Code 307 (Greater Security)
___ Apply Management Variable(s) _____
___ Update Management Variable Expiration Date. (New Date): _____

1. Inmate's Medical Status.
Inmate Hillard is currently assigned a Regular Duty Work Status with no Medical Restrictions.

2. Institution Adjustment (Include a brief description of the inmate's adjustment during this period of incarceration with emphasis on recent adjustment.)

Inmate Hillard arrived at FMC Devens, MA. on January 20, 2004, as a Lesser Security transfer from FCI Schuylkill, PA. He has received an incident report and demonstrated poor responsibility since his arrival at this facility and, therefore, his adjustment is viewed as poor.

DISCIPLINARY RECORD

3. Date          Code/Offense                          UDC/DHO Disposition
   06-02-2004    305/Possessing Unauthorized Item      UDC - 14 days Loss of Commissary

4. Rationale for Referral.

Inmate Hillard is a 13 point Medium Security Level inmate with IN Custody. He was sentenced to 15 months for Possession with Intent to Distribute 50 Grams and More of Cocaine Base and Possession with Intent to Distribute More Than 500 Grams of Cocaine. Inmate Hillard is scheduled for release on May 23, 201 , via Good Conduct Time Release. He arrived at FMC Devens, MA, on January 20, 2004, as a Low Security Level inmate. His Security Level has since increased to Medium Security due to his disciplinary behavio and poor responsibility demonstrated at this facility. Therefore, a transfer for Greater Security appears to be appropriate at this time. We are requesting designation to any facility that is commensurate with his current Security Level and recommend that he not be returned to his parent facility, FCI Schuylkill, PA, in an effort to avoid rewarding him for his poor adjustment/behavior at his facility.

There are two discrepancies to report between the BP-337 and BP-338. The BP-337 reflects a Moderate Level Detainer which has been removed on the BP-338, since no detainers have been formally lodged on any of Inmate Hillard's pending charges with the State of New York. In addition, the BP-337 reflects no history of Escape which has been updated on the BP-338 to reflect a Minor History of Escape less than five years, due to a prior Violation of Probation charge in 2000 for Absconding from Supervision.

| 5a. Parole Hearing Scheduled: ___ Yes _XX_ No | b. If yes, when __N/A__ |
|---|---|

6. Note any past or present behavior and/or management/inmate concerns.
Refer to disciplinary record referenced above.

Staff have checked the following SENTRY Programs to ensure that they are correct and current:

    Inmate Profile              CIM Clearance and Separatee Data
    Inmate Load Data            Custody Classification Form
    Sentence Computation        Chronological Disciplinary Record

Prepared by: Lynne Kelly, Case Manager          Reviewed by: Janis Johnson, Unit Manager

If the transfer is approved, a Progress Report will be completed prior to transfer.
*For Mariel Cuban Detainees - Staff have entered the CMA Assignment of "CRP RV DT" to indicate the need for a Cuban Review Panel Hearing four months from his/her Roll-Over Date.
(This form may be replicated via WP)                            This form replaces EMS-409 of AUG 99