BP. S381.058  **INMATE ACTIVITY RECORD**   CDFRM  *Exhibit B*
MAY 94
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| NAME | REGISTER NUMBER | INSTITUTION |
|---|---|---|
| HILLARD, Anthony | 18518-051 | FCI Ray Brook, New York |

| Date | Issue | Initials | Staff Members |
|---|---|---|---|
| 03-03-2005 | FCI Ray Brook, New York – ARS | SK | |

ACTION

317 Transfer from FMC DEVENS (Relieve Overcrowding)

✓ No prog. rpt. (request made)
No CIM
FRP Complt
DAP Complt

| Date | Issue | Initials | Staff Members |
|---|---|---|---|
| 5-24-05 | INITIAL CLASSIFICATION | (SK) | |

ACTION

Cust. Review = 9 pt. Med/IN

| Date | Issue | Initials | Staff Members |
|---|---|---|---|
| | | | |

ACTION

| Date | Issue | Initials | Staff Members |
|---|---|---|---|
| | | | |

ACTION

| Date | Issue | Initials | Staff Members |
|---|---|---|---|
| | | | |

ACTION

(This form may be replicated via WP)                    Replaces BP-381(58) of OCT 88