UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 OCT 21  P 3: 37

| | |
|---|---|
| HILLIARD, ) | |
| PETITIONER, ) | CASE NUMBER: 4:04-CV-40170 PBS |
| ) | |
| V. ) | |
| ) | |
| WINN, ET AL., ) | |
| RESPONDENT. ) | |

PP8
DISTRICT COURT
DISTRICT OF MASS

### PETITIONER'S NOTICE OF APPEAL

NOW COMES the Petitioner, Anthony Hilliard, proceeding pro se in the above-captioned matter and files this timely Notice Of Appeal for the October 13, 2005 dismissal of the Petitioner's request for Writ Of Habeas Corpus.

Respectfully Submitted,

*Anthony Hilliard*
Anthony Hilliard, Pro se
Federal Reg.No. 18518-051
Fed.Corr.Inst. Ray Brook
Post Office Box 9009
Ray Brook, New York 12977

DATED: 10/18/05

## CERTIFICATE OF SERVICE

I, Anthony Hilliard, do hereby certify that I have served a true and correct copt of the aforementioned document to the following individuals via first class, pre-paid postage on this _____ day of _____, 2005:

THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210
ATTENTION: OFFICE OF THE CLERK OF COURT FOR THE HONORABLE
          PATTI B. SARIS

MR. WINN, WARDEN, FMC DEVENS

_____

_____

_____

OFFICE OF THE UNITED STATES ATTORNEY
UNITED STATES DISTRICT COURT
ONE COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210


                                              _____
                                              ANTHONY HILLIARD, PRO SE

CC:FILE