# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-40170

Anthony Hilliard

v.

Warden David L. Winn

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/21/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 3, 2005.

Sarah A. Thornton, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __11/4/05__.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, HABEAS

## United States District Court
## District of Massachusetts (Worcester)
### CIVIL DOCKET FOR CASE #: 4:04-cv-40170-PBS

Hilliard v. Winn et al
Assigned to: Judge Patti B. Saris
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 08/25/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

Anthony Hilliard

represented by **Anthony Hilliard**
18518-051
FCI Ray Brook
PO Box 9006
Ray Brook, NY 12977
PRO SE

V.

**Respondent**

**Warden David L. Winn**

represented by **Barbara Healy Smith**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3969
Email: barbara.h.smith@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Respondent**

**Judge Johnson**
*Unit Manager at FMC, Devens*

**Respondent**

**Lieutenant A. Colon**

**Respondent**

**Jane Doe**

| Date Filed | # | Docket Text |

| | | |
|---|---|---|
| 08/25/2004 | 1 | PETITION for Writ of Habeas Corpus 28:2241 no filing fee or motion for ifp submitted, filed by Anthony Hilliard.(Jones, Sherry) (Entered: 08/27/2004) |
| 09/03/2004 | | Filing fee received: $ 5.00, receipt number 404394 regarding Habeas Corpus 2241 (Hassett, Kathy) (Entered: 09/03/2004) |
| 09/07/2004 | 2 | Judge Patti B. Saris : ORDER entered SERVICE ORDER re 2241 Petition. Order entered for service on respondents Winn, Johnson, Colon and Office of the United States Attorney. Answer/responsive pleading due w/in 20 days of rcpt of this order. Order Petition served on respondents by certified mail, return receipt requested. Copy of Order sent to petitioner by regular mail.(Morse, Barbara) (Entered: 09/08/2004) |
| 09/10/2004 | 3 | MOTION for Leave to Proceed in forma pauperis by Anthony Hilliard.(Jones, Sherry) (Entered: 09/10/2004) |
| 09/10/2004 | 4 | FINANCIAL AFFIDAVIT by Anthony Hilliard. (Jones, Sherry) (Entered: 09/10/2004) |
| 09/13/2004 | | Return receipt received for mail sent to Jane Doe, Director of Sex Offenders Delivered on 9/9/04 (Patch, Christine) (Entered: 09/16/2004) |
| 09/13/2004 | | Return receipt received for mail sent to Mr. Michael J. Sullivan, United States Attorney Delivered on 9/9/04 (Patch, Christine) (Entered: 09/16/2004) |
| 09/13/2004 | | Return receipt received for mail sent to Mr. David Winn, Warder FMC Devens Delivered on 9/9/04 (Patch, Christine) (Entered: 09/16/2004) |
| 09/15/2004 | | Return receipt received for mail sent to Lieutenant A. Colon Delivered on 9/9/04 (Patch, Christine) (Entered: 09/22/2004) |
| 10/04/2004 | 5 | MOTION to Dismiss *"Government's Response to Petition for Writ of Habeas Corpus"* by David L. Winn.(Smith, Barbara) (Entered: 10/04/2004) |
| 10/04/2004 | 6 | DECLARATION re 5 MOTION to Dismiss *"Government's Response to Petition for Writ of Habeas Corpus"* by David L. Winn. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K)(Smith, Barbara) (Entered: 10/04/2004) |
| 10/13/2004 | 7 | Judge Patti B. Saris: ORDER entered REFERRING for Report and Recommendation 5 MOTION to Dismiss "Government's Response to Petition for Writ of Habeas Corpus" filed by David L. Winn to Magistrate Judge Robert B. Collings(Alba, Robert) (Entered: 10/13/2004) |
| 10/13/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Jenness, Susan) (Entered: 10/13/2004) |
| 10/18/2004 | 8 | Judge Robert B. Collings : PROCEDURAL ORDER entered.(Dolan, |

| | | |
|---|---|---|
| | | Kathleen) (Entered: 10/18/2004) |
| 10/22/2004 | 9 | MOTION in Opposition to Goverment's Response and Request for Sanctions by Anthony Hilliard. (Attachments: # 1 Exhibit)(Patch, Christine) (Entered: 10/29/2004) |
| 11/05/2004 | 10 | MOTION for Extension of Time to until and including November 19, 2004 to File Response/Reply as to 9 MOTION for Sanctions by David L. Winn.(Smith, Barbara) (Entered: 11/05/2004) |
| 11/09/2004 | | Judge Robert B. Collings : ELECTRONIC ORDER entered granting 10 Motion for Extension of Time up to November 19, 2004 to Respond to "Motion in Opposition to Government's Response and Request for Sanctions". (Dolan, Kathleen) (Entered: 11/09/2004) |
| 11/16/2004 | 12 | ADDENDUM re 9 MOTION in Opposition to Government's Response and Request for Sanctions filed by Anthony Hilliard. (Patch, Christine) (Entered: 11/22/2004) |
| 11/19/2004 | 11 | REPLY to Response to Motion re 9 MOTION for Sanctions *"Response to Petitioner's Opposition to Motion to Dismiss and Request for Sanctions"* filed by David L. Winn. (Attachments: # 1 Schuenemeyer v. United States)(Smith, Barbara) (Entered: 11/19/2004) |
| 12/02/2004 | 13 | Response to Opposition to 9 Motion to Dismiss and Request for Sanctions filed by Anthony Hilliard. (Patch, Christine) (Entered: 12/14/2004) |
| 01/11/2005 | 14 | MOTION in Support of 1 Petition for Writ of Habeas Corpus by Anthony Hilliard.(Patch, Christine) (Entered: 01/25/2005) |
| 01/28/2005 | | Judge Patti B. Saris : Electronic ORDER entered denying 14 Motion in Support of Petition for Writ of Habeas Corpus. "Denied without prejudice. If you want to amend your petition, file a motion to amend which clearly sets forth the new grounds." (Patch, Christine) (Entered: 02/04/2005) |
| 02/24/2005 | 15 | Letter to Judge Saris from Anthony Hilliard requesting more time to reply. (Patch, Christine) (Entered: 03/03/2005) |
| 08/01/2005 | 16 | Judge Robert B. Collings : REPORT AND RECOMMENDATIONS re 5 MOTION to Dismiss *"Government's Response to Petition for Writ of Habeas Corpus"* filed by David L. Winn,9 MOTION for Sanctions filed by Anthony Hilliard, Recommendation: Respondent's Motion to Dismiss Petitioner's Habeas Corpus Petition be ALLOWED; and Petitioner's Request for Sanctions be DENIED. Objections to R&R due by 8/15/2005.(Dolan, Kathleen) (Entered: 08/01/2005) |
| 08/01/2005 | | Case no longer referred to Magistrate Judge Robert B. Collings. (Dolan, Kathleen) (Entered: 08/01/2005) |
| 08/19/2005 | | Judge Patti B. Saris : Electronic ORDER entered. ORDER ADOPTING REPORT AND RECOMMENDATIONS for 5 Motion to Dismiss filed by David L. Winn,, 9 Motion for Sanctions filed by Anthony Hilliard. |

| | | |
|---|---|---|
| | | "Based on the report and recommendation, which was not objected to, the motion to dismiss is allowed and the request for sanctions is denied."(Patch, Christine) (Entered: 08/22/2005) |
| 08/25/2005 | | Documents terminated from Court's statistical report: 3 MOTION for Leave to Proceed in forma pauperis filed by Anthony Hilliard. (case closed.) (Alba, Robert) (Entered: 08/25/2005) |
| 08/31/2005 | | Mail Returned as Undeliverable. Mail sent to Anthony Hilliard (Patch, Christine) (Entered: 08/31/2005) |
| 09/08/2005 | 17 | MOTION (in letter format) for Extension of Time to File Response to Government's Opposition and Notice of Change of Address, by Anthony Hilliard.(Patch, Christine) (Entered: 09/14/2005) |
| 09/23/2005 | | Judge Patti B. Saris : ElectronicORDER entered granting 17 Motion for Extension of Time to File Response to Government's Opposition. "The request for extension is allowed until 11/1/05." (Patch, Christine) (Entered: 09/26/2005) |
| 09/29/2005 | 18 | Response to 16 Report and Recommendations filed by Anthony Hilliard. (Patch, Christine) (Entered: 10/04/2005) |
| 10/05/2005 | 19 | MOTION to Amend 13 Response to Motion to Dismiss by Anthony Hilliard. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Patch, Christine) (Entered: 10/13/2005) |
| 10/11/2005 | | Judge Patti B. Saris : Electronic ORDER entered. ORDER ADOPTING REPORT AND RECOMMENDATIONS Action on motion: granting. "After a review of the objections, the Court dismisses the habeas petition for the reasons stated in the report and recommendation." (Patch, Christine) (Entered: 10/13/2005) |
| 10/20/2005 | | Judge Patti B. Saris : ElectronicORDER entered denying 19 Motion to Amend Petitioner's Response to Respondent's Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus Pursuant to Rules of Civil Procedure Rule 15(b). (Patch, Christine) (Entered: 10/24/2005) |
| 10/21/2005 | 20 | NOTICE OF APPEAL as to Order Adopting Report and Recommendations, by Anthony Hilliard. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 11/10/2005. (Patch, Christine) (Entered: 10/28/2005) |