# United States Court of Appeals
## For the First Circuit

*04-40170*
*Massachusetts*
*P. Saris*

No. 05-2686

ANTHONY HILLIARD

Petitioner - Appellant

v.

DAVID L. WINN, Warden; JANIS JOHNSON, Unit Manager at FMC, Devens; LIEUTENANT A. COLON; JANE DOE, Director of Sex Offenders

Respondents - Appellees

---

**JUDGMENT**
**Entered: March 1, 2006**

By notice issued January 6, 2006 and January 27, 2006, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by February 10, 2006, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45(a) and 3(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Jennifer Calardo
Deputy Clerk
Date: 4.24.06

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By:_____
Chief Deputy Clerk

[cc: Anthony Hilliard, Barbara Healy Smith, AUSA]